UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25cv11333 CAS (ADSx)                                      Date: April 15, 2026

Title   *DAVID KATZMAN; ET AL. v. 2623/623 AT LLOYDS; ET AL.*

Present:  The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings:        (IN CHAMBERS) – ORDER TO SHOW CAUSE**

The Court received the parties' Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days [11] filed on March 3, 2026, extending defendants' deadling by which to answer, move to dismiss, or otherwise respond to the Complaint in this matter, up to and including April 10, 2026.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 30, 2026**, why this action should not be dismissed for lack of prosecution **as to defendants.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendants SYNDICATES 2623/623 AT LLOYDS; EVEREST INDEMNITY INSURANCE COMPANY; and ARCH SPECIALTY INSURANCE COMPANY,** or plaintiff's request for entry of default on these defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
| --- | --- |
| **Initials of Preparer** | CMJ |